44648. FINCH et al. v. KILGORE.

DEEN, Judge. Neither an order overruling a motion to dismiss a motion to set aside a judgment against a garnishee nor an order granting the motion to set aside the judgment is final within the purview of *Code Ann.* § 6-701 (1). There being no certificate of the trial court as required by *Code Ann.* § 6-701 (2) (Ga. L. 1968, p. 1072), the appeal is premature. *Brundage v. Wilkins,* 119 Ga. App. 529 (167 SE2d 612); *Clarke v. Robinson,* 118 Ga. App. 525 (1) (164 SE2d 260).

*Appeal dismissed. Bell, C. J., and Eberhardt, J., concur.*

ARGUED SEPTEMBER 2, 1969—DECIDED SEPTEMBER 19, 1969.

*George G. Finch,* for appellants.
*James L. Smith, III,* for appellee.